| | |
|---|---|
| J. Stephen Peek, Esq.<br>Nevada Bar No. 1758<br>Michael W. Wadley, Esq.<br>Nevada Bar No. 12119<br>HOLLAND & HART LLP<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, Nevada 89134<br>702-669-4600<br>702-669-4650 – fax<br>speek@hollandhart.com<br>mwwadley@hollandhart.com<br><br>Brett L. Foster, Esq. *(pro hac admission)*<br>Mark A. Miller, Esq. *(pro hac admission)*<br>HOLLAND & HART LLP<br>222 S. Main Street, Suite 2200<br>Salt Lake City, Utah 84101<br>801-799-5800<br>801-799-5700 – fax<br>bfoster@hollandhart.com<br>mamiller@hollandhart.com<br><br>*Attorneys for Plaintiffs* | James A. Kohl, Esq.<br>Howard & Howard<br>3800 Howard Hughes Parkway, Suite 1400<br>Las Vegas, Nevada 89169<br>702-257-1483<br>702-567-1568 – fax<br>jkohl@howardandhoward.com<br><br>Thomas I. Rozsa, Esq. (*Pro Hac Admission*)<br>Rozsa Law Group, LC<br>18757 Burbank Boulevard, Suite 220<br>Tarzana, California 91356<br>818-783-0990<br>tom@rozsalaw.com<br><br>*Attorneys for Defendant Jag Precision, Inc.* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CYBERGUN S.A., a French Corporation, and FN HERSTAL, S.A., a Belgian Corporation,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>JAG PRECISION, INC., a California Corporation,<br><br>　　　　　Defendant. | CASE NO. 2:12-cv-00074-KJD-GWF<br><br>**JOINT STATUS REPORT** |

Pursuant to the Local Rules and the Court's Scheduling Order, Plaintiffs Cybergun S.A. and FN Herstal, S.A. (collectively "Plaintiffs") and Defendant Jag Precision ("Defendant") by and through their respective counsel, present the Court with the following status report given that the current discovery cutoff is set for December 3, 2012 and the Court requires a joint status report on the state of discovery sixty days prior to the discovery cutoff.

///

Plaintiff commenced this action on January 17, 2012. At the same time it filed its complaint, Plaintiffs filed a motion for temporary restraining order and for preliminary injunction (Dkt. 5). After entering a Temporary Restraining Order, the Court later entered a Preliminary Injunction against Defendant in connection with Plaintiffs' SCAR rifle design (Dkt. 26).

Thereafter, on February 28, 2012, Plaintiffs filed a second Motion for Preliminary Injunction Regarding Defendant's Replicas of Plaintiffs' M249 and P90 Guns (Dkts. 33 & 34) ("Second Motion for Preliminary Injunction"). After the Second Motion for Preliminary Injunction was fully briefed, on July 11, 2012, the Court ordered both parties to address the relevance of the recent Ninth Circuit *Secalt* decision (Dkt. 51). The parties completed their supplemental briefing on August 7, 2012.

Now that the Second Motion for Preliminary Injunction has been supplementally briefed per the Court's Order, the parties anticipate a ruling from the Court in due course. The parties believe that the Court's ruling will narrow or refine the issues in the case. In addition, the parties have engaged in settlement dialogue and believe that there is a reasonable chance that part or all of the case could be resolved via settlement after the Court issues a ruling on Plaintiffs' Second Motion for Preliminary Injunction.

Plaintiffs have served written discovery. Defendant has yet to answer that written discovery, but has sought a thirty (30) day extension to respond, which Plaintiffs have granted. Defendant will serve discovery on Plaintiffs within the next two weeks.

The parties believe that in view of the procedural history in this case, the need for supplemental briefing on the Second Motion for Preliminary Injunction, and the timing of the forthcoming order, an extension of all deadlines in the case of ninety (90) days is reasonable and appropriate. This extension will likely give the parties sufficient time to receive, digest, and analyze the Court's forthcoming order on Plaintiff's Second Motion for Preliminary Injunction and efficiently conduct discovery on any remaining issues within the extended discovery schedule and otherwise proceed to trial on any remaining issues in accordance with the Court's previous schedule, extended by ninety (90) days.

///

The parties will submit to the court a separate joint stipulation and order extending these deadlines.

| CYBERGUN S.A. and FN HERSTAL, S.A. | JAG PRECISION |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Dated: 10/4/12 | Dated: Oct. 4, 2012 |

Brett L. Foster, Esq. *(pro hac admission)*
Mark A. Miller, Esq. *(pro hac admission)*
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101
801-799-5800
801-799-5700 – fax
bfoster@hollandhart.com
mamiller@hollandhart.com

*Attorneys for Plaintiffs*

Thomas I. Rozsa, Esq. *(Pro Hac Admission)*
Rozsa Law Group, LC
18757 Burbank Boulevard, Suite 220
Tarzana, California 91356
818-783-0990
tom@rozsalaw.com

*Attorneys for Defendant Jag Precision, Inc.*