**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CYBERGUN, S.A., a French Corporation, and FN HERSTAL, S.A., a Belgian Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JAG PRECISION, INC, a California Corporation,<br><br>Defendant. | Case No. 2:12-cv-00074-KJD-GWF<br><br>**PRELIMINARY INJUNCTION REGARDING DEFENDANT'S REPLICAS OF PLAINTIFFS' M249 AND P90 GUNS** |

The Court has considered the merits of the Motion for Preliminary Injunction Regarding Defendant's Replicas of Plaintiffs' M249 and P90 Guns ("the Motion") filed by Plaintiffs Cybergun, S.A. and FN Herstal, S.A.  In an Order dated October 11, 2012, the Court set forth its detailed reasoning regarding the merits of the Motion and granted the Motion. *See* Dkt. 62 (the "Order").  For the reasons stated in the Order, the Court hereby enters the following Preliminary Injunction against Defendant Jag Precision, Inc. ("Defendant Jag Precision"):

Defendant Jag Precision, including all officers, directors, principals, agents, servants, employees, successors and assigns, and all others aiding, abetting, or acting in concert or active participation therewith, are enjoined from making, using, selling, and offering to sell the knockoff products, including the ECHO1 USA M249 MKII; ECHO1 USA M249 PARA; ECHO1 USA E90, or any other product that is the substantial equivalent to the knockoff products in overall design and appearance, regardless of whatever "version" or name Defendants may use to sell such products (hereafter the "knockoff products"), and are further enjoined from any use in the commerce of the trademarks M249, M249 PARA, and E90, or confusingly similar variants thereto, in connection with air soft guns or any other firearm or firearm-derived product.  Defendant Jag Precision is hereby ordered to (1) immediately cease all sales of the above-listed knockoff products, (2) contact its customers and instruct them to stop their sales and return all knockoff products to Defendant, and (3) stop all advertising, including all Internet advertising, that depicts, promotes, or otherwise mentions the above-listed knockoff products or the above-listed trademarks.

5435409_1.DOCX

1  This Preliminary Injunction shall remain in effect during the pendency of this case until
2  otherwise ordered by this Court.
3  The $10,000.00 cash bond Plaintiffs posted in connection with the Court's previous
4  temporary restraining order (Dkt. 11) and preliminary injunction (Dkt. 26) shall be adequate
5  security for this preliminary injunction.
6  DATED this  29th  day of  October  , 2012.

By _____
UNITED STATES DISTRICT COURT JUDGE

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 669-4600 ◆ Fax: (702) 669-4650

5435409_1.DOCX