**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CYBERGUN S.A., a French corporation, and FN HERSTAL, S.A., a Belgian corporation,<br><br>        Plaintiffs,<br><br>vs.<br><br>JAG PRECISION, INC., a California corporation,<br><br>        Defendant. | Case No.  2:12-cv-00074-APG-GWF<br><br>**ORDER**<br><br>**Motion to Compel - #75** |

      This matter is before the Court on the Plaintiffs' Motion to Compel (#75), filed June 7, 2013; Defendant's Opposition (#78), filed June 24, 2013; and Plaintiffs' Reply (#80), filed July 5, 2013.  The Court conducted a hearing in this matter on July 9, 2013.  After considering the papers submitted by the parties, as well as oral argument by counsel, the matter having been submitted following argument for decision, and good cause appearing,

      **IT IS ORDERED** that Plaintiffs' Motion to Compel (#75) is granted as stated on the record.

      **IT IS FURTHER ORDERED** that the Court will consider an award of reasonable attorney's fees and costs to the Plaintiffs.  Accordingly,

      1.    Counsel for Plaintiffs shall, no later than 14 days from entry of this order, serve and file a memorandum, supported by the affidavit of counsel, establishing the amount of attorney's fees and costs incurred in the motion addressed in this order.  The memorandum shall provide a reasonable itemization and description of the work performed, identify the attorney(s) or other staff member(s) performing the work, the customary fee of the attorney(s) or staff member(s) for such work, and the experience, reputation and ability of the attorney performing the work.  The

attorney's affidavit shall authenticate the information contained in the memorandum, provide a statement that the bill has been reviewed and edited, and a statement that the fees and costs charged are reasonable.

2.	Counsel for Defendant shall have 14 days from service of the memorandum of costs and attorney's fees in which to file a responsive memorandum addressing the reasonableness of the costs and fees sought, and any equitable considerations deemed appropriate for the court to consider in determining the amount of costs and fees which should be awarded.

3.	Counsel for Plaintiffs shall have 7 days from service of the responsive memorandum in which to file a reply.

DATED this 10th day of July, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge