1 | Robert L. Rosenthal, Esq.
Howard & Howard
2 | 3800 Howard Hughes Parkway, Suite 1400
Las Vegas, Nevada 89169
3 | 702-257-1483
702-567-1568 – fax
4 | rrosenthal@howardandhoward.com

5 | David P. Enzminger (pro hac admission)
Stephen A. Smerek (pro hac admission)
6 | David K. Lin  (pro hac admission)
Winston & Strawn LLP
7 | 333 S. Grand Avenue
Los Angeles, CA 90071-1543
8 | T: (213) 615-1700
9 | F: (213) 615-1750
denzminger@winston.com
0 | ssmerek@winston.com
dlin@winston.com
1 |

2 |
Thomas I. Rozsa, Esq. (pro hac admission)
3 | Rozsa Law Group, LC
18757 Burbank Boulevard, Suite 220
4 | Tarzana, California 91356
818-783-0990
5 | tom@rozsalaw.com

6 | Attorneys for JAG Precision, Inc.

7 |                        **UNITED STATES DISTRICT COURT**

8 |                            **DISTRICT OF NEVADA**

9 |

0 | CYBERGUN S.A., a French Corporation, and )   **Case No. 2:12-cv-00074-APG-GWF**
21 | FN HERSTAL, S.A., a Belgian Corporation, )
)
22 |                    Plaintiffs,          )   **ORDER GRANTING**
)   **MOTION TO FILE DOCUMENTS UNDER**
23 |             v.                          )   **SEAL**
)
24 | JAG PRECISION, INC., a California        )
Corporation,                             )
25 |                                         )
                   Defendant.              )
26 | _____ )

27 |

28 |

1

LA:349366.1

1   Defendant filed its Motion to File Documents Under Seal ("Motion") on February 13, 2014.

2   The Court having reviewed the Motion finds that there is good cause to seal Defendant's Response

3   to Plaintiffs' Motion for Voluntary Dismissal of the First and Sixth Causes of Action in the

4   Amended Complaint, as well as certain exhibits from the general public.  Accordingly:

5        IT IS HEREBY ORDERED that Defendant's Motion to File Documents Under Seal is

6   GRANTED.  Defendant's Response to Plaintiffs' Motion for Voluntary Dismissal of the First and

7   Sixth Causes of Action in the Amended Complaint, as well as certain exhibits, shall be sealed by the

8   Clerk of the Court and such documentation shall not be open to inspection except to the parties or

9   their attorneys, or until further order of this Court.

Dated: February 20, 2014

UNITED STATES DISTRICT JUDGE

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA  90071-1543

1

LA:349366.1