J. Stephen Peek, Esq.
Nevada Bar No. 1758
Michael W. Wadley, Esq.
Nevada Bar No. 12119
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
702-669-4600
702-669-4650 – fax
speek@hollandhart.com
mwwadley@hollandhart.com

Brett L. Foster, Esq. *(pro hac admission)*
Mark A. Miller, Esq. *(pro hac admission)*
Richard T. Jackson, Esq. *(pro hac admission)*
Holland & Hart LLP
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101
801-799-5800
801-799-5700 – fax
blfoster@hollandhart.com
rtjackson@hollandhart.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CYBERGUN S.A., a French Corporation, and FN HERSTAL, S.A., a Belgian Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JAG PRECISION, INC., a California Corporation,<br><br>Defendant. | CASE NO. 2:12-cv-00074-APG-GWF<br><br>**ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL REGARDING MOTION TO DISMISS OR ALTERNATIVELY FOR SUMMARY JUDGMENT ON DEFENDANT'S COUNTERCLAIM OF BUSINESS INTERFERENCE** |

Plaintiffs filed their Motion to File Documents Under Seal Regarding Cybergun's Motion to Dismiss or Alternatively for Summary Judgment on Defendant's Counterclaim of Business Interference ("Motion") on February 19, 2013. The Court having reviewed the Motion finds that there is good cause to seal the Motion to Dismiss or Alternatively for Summary Judgment on Defendant's Counterclaim of Business Interference and Exhibits A-C to the Declaration of Richard T. Jackson from the general public. Accordingly,

6685149_1

IT IS HEREBY ORDERED that the Motion to Dismiss or Alternatively for Summary Judgment on Defendant's Counterclaim of Business Interference and Exhibits A-C to the Declaration of Richard T. Jackson shall be sealed by the Clerk of the Court and such documentation shall not be open to inspection except to the parties or their attorneys, or until further order of this Court.

DATED this 20th day of February, 2014.

_____
UNITED STATES DISTRICT JUDGE