J. Stephen Peek, Esq.
Nevada Bar No. 1758
Michael W. Wadley, Esq.
Nevada Bar No. 12119
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
702-669-4600
702-669-4650 – fax
speek@hollandhart.com
mwwadley@hollandhart.com

Brett L. Foster, Esq. *(pro hac admission)*
Mark A. Miller, Esq. *(pro hac admission)*
Richard T. Jackson, Esq. *(pro hac admission)*
Holland & Hart LLP
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101
801-799-5800
801-799-5700 – fax
blfoster@hollandhart.com
rtjackson@hollandhart.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CYBERGUN S.A., a French Corporation, and FN HERSTAL, S.A., a Belgian Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JAG PRECISION, INC., a California Corporation,<br><br>Defendant. | CASE NO. 2:12-cv-00074-APG-GWF<br><br>**ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL REGARDING MOTION FOR SUMMARY JUDGMENT ON DEFENDANT'S FIFTH COUNTERCLAIM OF LACHES AND THIRTY-FOURTH AFFIRMATIVE DEFENSE OF STATUTE OF LIMITATION** |

Plaintiffs filed their Motion to File Documents Under Seal Regarding Cybergun's Motion for Summary Judgment on Defendant's Fifth Counterclaim of Laches and Thirty-Fourth Affirmative Defense of Statute of Limitation ("Motion") on February 20, 2014. The Court having reviewed the Motion finds that there is good cause to seal the Motion and Exhibits A-C to the Declaration of Brett L. Foster from the general public. Accordingly,

6691849_1

1  IT IS HEREBY ORDERED that the Motion for Summary Judgment on Defendant's Fifth
2 Counterclaim of Laches and Thirty-Fourth Affirmative Defense of Statute of Limitation and
3 Exhibits A-C to the Declaration of Brett L. Foster shall be sealed by the Clerk of the Court and
4 such documentation shall not be open to inspection except to the parties or their attorneys, or until
5 further order of this Court.

6  DATED this 20th day of February, 2014.

_____
UNITED STATES DISTRICT JUDGE