J. Stephen Peek, Esq.
Nevada Bar No. 1758
Michael W. Wadley, Esq.
Nevada Bar No. 12119
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
702-669-4600
702-669-4650 – fax
speek@hollandhart.com
mwwadley@hollandhart.com

Brett L. Foster, Esq. *(pro hac admission)*
Mark A. Miller, Esq. *(pro hac admission)*
Richard T. Jackson, Esq. *(pro hac admission)*
Holland & Hart LLP
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101
801-799-5800
801-799-5700 – fax
blfoster@hollandhart.com
rtjackson@hollandhart.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CYBERGUN S.A., a French Corporation, and FN HERSTAL, S.A., a Belgian Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JAG PRECISION, INC., a California Corporation,<br><br>Defendant. | CASE NO. 2:12-cv-00074-APG-GWF<br><br>**[PROPOSED] ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL REGARDING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT RE: TRADE DRESS INFRINGEMENT** |

Plaintiffs filed their Motion to File Documents Under Seal Regarding Plaintiffs' Motion for Summary Judgment Re: Trade Dress Infringement ("Motion") on February 21, 2014. The Court, having reviewed the Motion, finds that there is good cause to seal the Motion and Exhibits A, D, I and N-R to the Declaration of Brett L. Foster in Support of Plaintiffs' Motion for Summary Judgment Re: Trade Dress Infringement from the general public. Accordingly,

IT IS HEREBY ORDERED that the Plaintiffs' Motion for Summary Judgment Re: Trade

6696749_1

Dress Infringement and Exhibits A, D, I and N-R to the Declaration of Brett L. Foster shall be sealed by the Clerk of the Court and such documentation shall not be open to inspection except to the parties or their attorneys, or until further order of this Court.

Dated: February 24, 2014.

_____
UNITED STATES DISTRICT JUDGE

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134