Robert L. Rosenthal, Esq.
Howard & Howard
3800 Howard Hughes Parkway, Suite 1400
Las Vegas, Nevada 89169
702-257-1483
702-567-1568 – fax
rrosenthal@howardandhoward.com

David P. Enzminger *(pro hac admission)*
Stephen R. Smerek (*pro hac admission*)
David K. Lin  *(pro hac admission)*
Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
T: (213) 615-1700
F: (213) 615-1750
denzminger@winston.com
ssmerek@winston.com
dlin@winston.com

Thomas I. Rozsa, Esq. *(pro hac admission)*
Rozsa Law Group, LC
18757 Burbank Boulevard, Suite 220
Tarzana, California 91356
818-783-0990
tom@rozsalaw.com

*Attorneys for JAG Precision, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CYBERGUN S.A., a French Corporation, and FN HERSTAL, S.A., a Belgian Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JAG PRECISION, INC., a California Corporation,<br><br>Defendant. | Case No. 2:12-cv-00074-APG-GWF<br><br>**[PROPOSED] ORDER GRANTING SECOND MOTION TO FILE DOCUMENTS UNDER SEAL** |

LA:349728.1

1

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA  90071-1543

1  Defendant filed its Motion to File Documents Under Seal ("Motion") on March 10, 2014.
2  The Court having reviewed the Motion finds that there is good cause to seal Defendant's Response
3  To Plaintiffs' Motion To Dismiss Or Alternatively For Summary Judgment On Defendant's
4  Counterclaim Of Business Interference, supporting declaration, and Exhibits 1 and 2 to the
5  Declaration of David K. Lin from the general public.  Accordingly:

6  IT IS HEREBY ORDERED that Defendant's Motion to File Documents Under Seal is
7  GRANTED.  Defendant's Response To Plaintiffs' Motion To Dismiss Or Alternatively For
8  Summary Judgment On Defendant's Counterclaim Of Business Interference, supporting declaration,
9  and Exhibits 1 and 2, shall be sealed by the Clerk of the Court and such documentation shall not be
10 open to inspection except to the parties or their attorneys, or until further order of this Court.

Dated: March 10, 2014

_____
UNITED STATES DISTRICT JUDGE

LA:349728.1

1