J. Stephen Peek, Esq.
Nevada Bar No. 1758
Michael W. Wadley, Esq.
Nevada Bar No. 12119
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
702-669-4600
702-669-4650 – fax
speek@hollandhart.com
mwwadley@hollandhart.com

Brett L. Foster, Esq. *(pro hac admission)*
Mark A. Miller, Esq. *(pro hac admission)*
Richard T. Jackson, Esq. *(pro hac admission)*
Holland & Hart LLP
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101
801-799-5800
801-799-5700 – fax
blfoster@hollandhart.com
rtjackson@hollandhart.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CYBERGUN S.A., a French Corporation, and FN HERSTAL, S.A., a Belgian Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> JAG PRECISION, INC., a California Corporation, <br><br> Defendant. | CASE NO. 2:12-cv-00074-APG-GWF <br><br> **ORDER GRANTING MOTION TO FILE UNDER SEAL CYBERGUN'S (1) MOTION TO EXCLUDE TESTIMONY FROM HOWARD D. KENT AND RELATED DOCUMENTS; (2) MOTION TO STRIKE CHRIS BUTLER; AND (3) OPPOSITION TO JAG'S MOTION FOR SUMMARY JUDGMENT AND RELATED DOCUMENTS** |

Plaintiffs filed their Motion to File Under Seal Cybergun's (1) Motion to Exclude Testimony of Howard D. Kent and Related Documents; (2) Motion to Strike Chris Butler; and (3) Opposition to Jag's Motion for Summary Judgment and Related Documents ("Motion") on March 17, 2014. The Court having reviewed the Motion finds that there is good cause to seal the (1) Motion to Exclude Testimony of Howard D. Kent and Related Documents; (2) Motion to Strike

6735049_1

1  Chris Butler; and (3) Opposition to Jag's Motion for Summary Judgment and Related Documents
2  from the general public.

3      IT IS HEREBY ORDERED that Cybergun's (1) Motion to Exclude the Testimony of
4  Howard D. Kent and Exhibits B-E to the Declaration of Brett L. Foster; (2) Motion to Strike Chris
5  Butler; and (3) Opposition to Jag's Motion for Summary Judgment and Exhibits A and C to the
6  Declaration of Richard T. Jackson shall be sealed by the Clerk of the Court and such
7  documentation shall not be open to inspection except to the parties or their attorneys, or until
8  further order of this Court.

9      DATED this __18__ day of March, 2014.

                                        UNITED STATES DISTRICT JUDGE

**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

6735049_1