Robert L. Rosenthal, Esq.
Howard & Howard
3800 Howard Hughes Parkway, Suite 1400
Las Vegas, Nevada 89169
702-257-1483
702-567-1568 – fax
rrosenthal@howardandhoward.com

David P. Enzminger *(pro hac admission)*
Stephen A. Smerek *(pro hac admission)*
David K. Lin  *(pro hac admission)*
Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
T: (213) 615-1700
F: (213) 615-1750
denzminger@winston.com
ssmerek@winston.com
dlin@winston.com

Thomas I. Rozsa, Esq. *(pro hac admission)*
Rozsa Law Group, LC
18757 Burbank Boulevard, Suite 220
Tarzana, California 91356
818-783-0990
tom@rozsalaw.com

*Attorneys for JAG Precision, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CYBERGUN S.A., a French Corporation, and FN HERSTAL, S.A., a Belgian Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> JAG PRECISION, INC., a California Corporation, <br><br> Defendant. | **Case No. 2:12-cv-00074-APG-GWF** <br><br><br> **ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL** |

**Winston & Strawn LLP**
**333 S. Grand Avenue**
**Los Angeles, CA  90071-1543**

LA:349728.1

1

1    Defendant filed its Motion to File Documents Under Seal ("Motion") on March 17, 2014.

2  The Court having reviewed the Motion finds that there is good cause to seal Defendant's Response

3  To Plaintiffs' Motion For Summary Judgment On Defendant's Fifth Counterclaim Of Laches And

4  Thirty-Fourth Affirmative Defense Of Statute Of Limitations, supporting declaration, and Exhibit 1

5  to the Declaration of David K. Lin from the general public.  Accordingly:

6    IT IS HEREBY ORDERED that Defendant's Motion to File Documents Under Seal is

7  GRANTED.  Defendant's Response To Plaintiffs' Motion For Summary Judgment On Defendant's

8  Fifth Counterclaim Of Laches And Thirty-Fourth Affirmative Defense Of Statute Of Limitations,

9  supporting declaration, and Exhibit 1, shall be sealed by the Clerk of the Court and such

10  documentation shall not be open to inspection except to the parties or their attorneys, or until further

11  order of this Court.

12

13  Dated: March 18, 2014.

14    _____

15    UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA  90071-1543

LA:349728.1

1