J. Stephen Peek, Esq.
Nevada Bar No. 1758
Michael W. Wadley, Esq.
Nevada Bar No. 12119
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
702-669-4600
702-669-4650 – fax
speek@hollandhart.com
mwwadley@hollandhart.com

Brett L. Foster, Esq. *(pro hac admission)*
Mark A. Miller, Esq. *(pro hac admission)*
Richard T. Jackson, Esq. *(pro hac admission)*
Holland & Hart LLP
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101
801-799-5800
801-799-5700 – fax
blfoster@hollandhart.com
rtjackson@hollandhart.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CYBERGUN S.A., a French Corporation, and FN HERSTAL, S.A., a Belgian Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JAG PRECISION, INC., a California Corporation,<br><br>Defendant. | CASE NO. 2:12-cv-00074-APG-GWF<br><br>**[PROPOSED] ORDER GRANTING MOTION TO FILE UNDER SEAL CYBERGUN'S REPLY IN SUPPORT OF MOTION TO DISMISS OR ALTERNATIVELY FOR SUMMARY JUDGMENT ON DEFENDANT'S COUNTERCLAIM OF BUSINESS INTERFERENCE** |

Having reviewed the Motion to File Under Seal Cybergun's Reply in Support of Motion to Dismiss or Alternatively for Summary Judgment on Defendant's Counterclaim of Business Interference, the Court finds that there is good cause to seal the same from the general public. Accordingly,

IT IS HEREBY ORDERED that Cybergun's Reply in Support of Motion to Dismiss or

6744561_1

1  Alternatively for Summary Judgment on Defendant's Counterclaim of Business Interference shall
2  be sealed by the Clerk of the Court and such documentation shall not be open to inspection except
3  to the parties or their attorneys, or until further order of this Court.
4      DATED March 21, 2014.

_____
UNITED STATES DISTRICT JUDGE

**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

6744561_1