J. Stephen Peek, Esq.
Nevada Bar No. 1758
Michael W. Wadley, Esq.
Nevada Bar No. 12119
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
702-669-4600
702-669-4650 – fax
speek@hollandhart.com
mwwadley@hollandhart.com

Brett L. Foster, Esq. *(pro hac admission)*
Mark A. Miller, Esq. *(pro hac admission)*
Richard T. Jackson, Esq. *(pro hac admission)*
Holland & Hart LLP
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101
801-799-5800
801-799-5700 – fax
blfoster@hollandhart.com
rtjackson@hollandhart.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CYBERGUN S.A., a French Corporation, and FN HERSTAL, S.A., a Belgian Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JAG PRECISION, INC., a California Corporation,<br><br>Defendant. | CASE NO. 2:12-cv-00074 -APG-GWF<br><br>**ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL RE: CYBERGUN'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON DEFENDANT'S FIFTH COUNTERCLAIM OF LACHES AND THIRTY-FOURTH AFFIRMATIVE DEFENSE OF STATUTE OF LIMITATIONS** |

Plaintiffs filed their Motion to File Under Seal Documents Re: Cybergun's Reply Memorandum in Support of Their Motion for Summary Judgment on Defendant's Fifth Counterclaim of Laches and Thirty-Fourth Affirmative Defense of Statute of Limitations on March 26, 2014 ("Laches Reply").  The Court having reviewed the Motion to Seal finds there is good cause to seal the Laches Reply and Exhibit F to the Declaration of Brett L. Foster in Further

6751629_1

**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

Support of the Laches Motion for Summary Judgment from the general public.

IT IS HEREBY ORDERED that Cybergun's Reply Memorandum in Support of Their Motion for Summary Judgment on Defendant's Fifth Counterclaim of Laches and Thirty-Fourth Affirmative Defense of Statute of Limitations and Exhibit F to the Declaration of Brett L. Foster in Further Support of Laches Motion for Summary Judgment shall be sealed by the Clerk of the Court and such documentation shall not be open to inspection except to the parties or their attorneys, or until further order of this Court.

Dated:  March 26, 2014.

_____
UNITED STATES DISTRICT JUDGE

**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

6751629_1