J. Stephen Peek, Esq.
Nevada Bar No. 1758
Michael W. Wadley, Esq.
Nevada Bar No. 12119
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
702-669-4600
702-669-4650 – fax
speek@hollandhart.com
mwwadley@hollandhart.com

Brett L. Foster, Esq. *(pro hac admission)*
Mark A. Miller, Esq. *(pro hac admission)*
Richard T. Jackson, Esq. *(pro hac admission)*
Holland & Hart LLP
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101
801-799-5800
801-799-5700 – fax
blfoster@hollandhart.com
rtjackson@hollandhart.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CYBERGUN S.A., a French Corporation, and FN HERSTAL, S.A., a Belgian Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> JAG PRECISION, INC., a California Corporation, <br><br> Defendant. | CASE NO. 2:12-cv-00074-KJD-GWF <br><br> **ORDER GRANTING MOTION TO FILE UNDER SEAL (1) REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT RE: TRADE DRESS INFRINGEMENT; AND (2) OPPOSITION TO DEFENDANT'S MOTION TO STRIKE PORTIONS OF PLAINTIFFS' SUMMARY JUDGMENT PAPERS RE: EMPLOYEE EXPERT TESTIMONY AND RELATED DOCUMENTS** |

Plaintiffs filed their Motion to File Under Seal Plaintiffs' (1) Reply in Support of Motion for Summary Judgment Re: Trade Dress Infringement ("Infringement Reply"); and (2) Opposition to Defendant's Motion to Strike Portions of Plaintiffs' Summary Judgment Papers Re: Employee

6786550_1

Expert Testimony ("Opposition to Jag's Motion to Strike") and the Declaration of Brett L. Foster in Support of Opposition to Jag's Motion to Strike from the general public ("Motion").

IT IS HEREBY ORDERED that Plaintiffs' (1) Infringement Reply and (2) Opposition to Jag's Motion to Strike and Exhibits A & B to the Declaration of Brett L. Foster in Support of Opposition to Jag's Motion to Strike shall be sealed by the Clerk of the Court and such documentation shall not be open to inspection except to the parties or their attorneys, or until further order of this Court.

Dated: April 4, 2014.

_____
UNITED STATES DISTRICT JUDGE

**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134