J. Stephen Peek, Esq.
Nevada Bar No. 1758
Michael W. Wadley, Esq.
Nevada Bar No. 12119
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
702-669-4600
702-669-4650 – fax
speek@hollandhart.com
mwwadley@hollandhart.com

Brett L. Foster, Esq. *(pro hac admission)*
Mark A. Miller, Esq. *(pro hac admission)*
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101
801-799-5800
801-799-5700 – fax
blfoster@hollandhart.com
mamiller@hollandhart.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CYBERGUN S.A., a French Corporation, and FN HERSTAL, S.A., a Belgian Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JAG PRECISION, INC., a California Corporation,<br><br>Defendant. | CASE NO. 2:12-cv-00074-APG-GWF<br><br>**ORDER GRANTING MOTION TO FILE UNDER SEAL (1) REPLY IN SUPPORT OF MOTION TO STRIKE PREVIOUSLY UNDISCLOSED WITNESS, CHRIS BUTLER, AND PREVIOUSLY UNDISCLOSED DOCUMENTS; AND (2) REPLY IN SUPPORT OF MOTION *IN LIMINE* TO EXCLUDE TESTIMONY FROM PURPORTED FUNCTIONALITY EXPERT, HOWARD D. KENT AND RELATED DOCUMENTS** |

Plaintiffs filed their Motion to File Under Seal (1) Reply in Support of Motion to Strike Previously Undisclosed Witness, Chris Butler, and Previously Undisclosed Documents; and (2)

6802255_1

Reply in Support of Motion *in Limine* to Exclude Testimony from Purported Functionality Expert, Howard D. Kent and Related Documents from the general public.

IT IS HEREBY ORDERED that Plaintiffs' (1) Reply in Support of Motion to Strike Previously Undisclosed Witness, Chris Butler, and Previously Undisclosed Documents; and (2) Reply in Support of Motion *in Limine* to Exclude Testimony from Purported Functionality Expert, Howard D. Kent and Exhibit C to the Declaration of Brett L. Foster in Further Support of Motion *in Limine* to Exclude Testimony from Purported Functionality Expert, Howard D. Kent shall be sealed by the Clerk of the Court and such documentation shall not be open to inspection except to the parties or their attorneys, or until further order of this Court.

DATED this 15th day of April, 2014.

_____
UNITED STATES DISTRICT JUDGE

**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

6802255_1