UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CYBERGUN S.A., a French Corporation, and FN HERSTAL, S.A., a Belgian Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JAG PRECISION, a California Corporation,<br><br>Defendant. | Case No. 2:12-cv-00074-APG-GWF<br><br>**Order Denying Plaintiffs' Motion to Strike**<br><br>[Dkt. #124] |

Plaintiffs Cybergun and FN Herstal (collectively, "Cybergun") have moved under Rule 12(f) to strike certain defenses and counterclaims in defendant Jag Precision's Answer to the Amended Complaint and Counterclaims.[1]

Cybergun's Motion is untimely. A party may move to strike "either before responding to the pleading or, if a response is not allowed, within 21 days after being served with the pleading."[2] Jag's Answer was filed on March, 2, 2012[3] and Cybergun's response was filed on March 23, 2012.[4] Cybergun moved to strike Jag's Answer on February 20, 2014.[5] Because Cybergun delayed for nearly two years before moving to strike, I deny its motion.

---

[1] (Dkt. #37.)

[2] Fed. R. Civ. P. 12(f)(2); *Jaden Inv. Trust v. Bank of Am., N.A.*, 2:13-CV-02063-MMD, 2014 WL 293308 (D. Nev. Jan. 23, 2014); *Halifax Paving, Inc. v. U.S. Fire Ins. Co.,* 2006 WL 3708090, \*1 (D. Fla. 2006) (denying motion to strike, in part, because of six month delay in filing).

[3] (Dkt. #37.)

[4] (Dkt. #41.)

[5] (Dkt. #124.)

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion to Strike is **DENIED**.

DATED this 27th day of October, 2014.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

2