Robert L. Rosenthal, Esq.
Howard & Howard
3800 Howard Hughes Parkway, Suite 1400
Las Vegas, Nevada 89169
702-257-1483
702-567-1568 – fax
rrosenthal@howardandhoward.com

David P. Enzminger *(pro hac admission)*
Stephen R. Smerek (*pro hac admission*)
David K. Lin  *(pro hac admission)*
Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
T: (213) 615-1700
F: (213) 615-1750
denzminger@winston.com
ssmerek@winston.com
dlin@winston.com

Thomas I. Rozsa, Esq. *(pro hac admission)*
Rozsa Law Group, LC
18757 Burbank Boulevard, Suite 220
Tarzana, California 91356
818-783-0990
tom@rozsalaw.com

*Attorneys for JAG Precision, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CYBERGUN S.A., a French Corporation, and FN HERSTAL, S.A., a Belgian Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JAG PRECISION, INC., a California Corporation,<br><br>Defendant. | Case No. 2:12-cv-00074-APG-GWF<br><br>**ORDER GRANTING MOTION TO FILE UNDER SEAL JAG'S (1) REPLY ISO JAG'S MSJ/SA; (2) RESPONSE TO PLAINTIFFS' MOTION TO STRIKE; AND (3) RESPONSE TO PLAINTIFFS' MOTION TO EXCLUDE** |

1

LA:349728.1

1  Defendant filed its Motion to File Under Seal JAG's (1) Defendant's Reply In Support Of Defendant's Motion For Summary Judgment, Or In The Alternative, Summary Adjudication; (2) Defendant's Response To Plaintiffs' Motion To Strike Previously Undisclosed Witness, Chris Butler, And Previously Undisclosed Documents; And (3) Defendant's Response To Plaintiffs' Motion In Limine To Exclude Expert Testimony From Howard Kent and Related Documents ("Motion") on April 3, 2014.  The Court, having reviewed the Motion, finds that there is good cause to seal (1) Defendant's Reply In Support Of Defendant's Motion For Summary Judgment, Or In The Alternative, Summary Adjudication; (2) Defendant's Response To Plaintiffs' Motion To Strike Previously Undisclosed Witness, Chris Butler, And Previously Undisclosed Documents; And (3) Defendant's Response To Plaintiffs' Motion In Limine To Exclude Expert Testimony From Howard Kent and Related Documents from the general public.  Accordingly:

IT IS HEREBY ORDERED that Defendant's Motion to File Documents Under Seal is GRANTED.  JAG's (1) Defendant's Reply In Support Of Defendant's Motion For Summary Judgment, Or In The Alternative, Summary Adjudication; (2) Defendant's Response To Plaintiffs' Motion To Strike Previously Undisclosed Witness, Chris Butler, And Previously Undisclosed Documents; And (3) Defendant's Response To Plaintiffs' Motion In Limine To Exclude Expert Testimony From Howard Kent and Exhibits 1 and 2 to the Declaration of David K. Lin shall be sealed by the Clerk of the Court and such documentation shall not be open to inspection except to the parties or their attorneys, or until further order of this Court.

Dated: 12/18/14  .

_____
UNITED STATES DISTRICT JUDGE

LA:349728.1                                    2