J. Stephen Peek, Esq.
Nevada Bar No. 1758
Michael W. Wadley, Esq.
Nevada Bar No. 12119
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
702-669-4600
702-669-4650 – fax
speek@hollandhart.com
mwwadley@hollandhart.com

Brett L. Foster, Esq. *(pro hac admission)*
Richard T. Jackson, Esq. *(pro hac admission)*
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101
801-799-5800
801-799-5700 – fax
blfoster@hollandhart.com
rtjackson@hollandhart.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CYBERGUN S.A., a French Corporation, and FN HERSTAL, S.A., a Belgian Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JAG PRECISION, a California Corporation,<br><br>Defendant. | CASE NO. 2:12-cv-00074-APG-GWF<br><br>**NOTICE OF SETTLEMENT AND MOTION TO VACATE HEARING** |

Plaintiffs Cybergun S.A. and FN Herstal, S.A. (collectively "Cybergun"), and Defendant Jag Precision ("Jag"), through undersigned counsel, advise the Court they have reached a settlement of this matter. Accordingly, the parties jointly move the Court to vacate the hearing scheduled for January 26, 2015. In support, the parties state as follows:

1. On December 26, 2014, the Court issued a Minute Order, setting a hearing for oral argument on Cybergun's Motion to Strike Previously Undisclosed Witness, Chris Butler (Dkt. 158) and on Jag's Motion to Strike Portions of Plaintiffs' Summary Judgment Papers Re: Employee Expert Testimony (Dkt. 168) (together, "Motions to Strike").

2. The parties have reached a settlement of all issues and are finalizing the documentation.  Given the settlement reached by the parties, a hearing on the aforementioned Motions to Strike is no longer necessary.

FOR THESE REASONS, the parties move the Court to vacate the hearing set for January 26, 2015.

Respectfully Submitted,

/s/ Brett L. Foster
J. Stephen Peek, Esq.
Michael W. Wadley, Esq.
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

Brett L. Foster, Esq. *(pro hac admission)*
Mark A. Miller, Esq. *(pro hac admission)*
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101

*Attorneys for Plaintiffs, Cybergun S.A. and FN Herstal S.A.*


/s/ David K. Lin
*(Signed by Filing Attorney with Permission of Defendant's Attorney)*
Robert L. Rosenthal, Esq.
Howard & Howard
3800 Howard Hughes Parkway, Suite 1400
Las Vegas, Nevada 89169
702-257-1483
702-567-1568 – fax
rrosenthal@howardandhoward.com

Thomas I. Rozsa, Esq. (*pro hac admission*)
Rozsa Law Group, LC
18757 Burbank Boulevard, Suite 220
Tarzana, California 91356
818-783-0990

Page 2

7469783_1

tom@rozsalaw.com

David P. Enzminger, Esq. (*pro hac admission*)
David K. Lin, Esq. (*pro hac admission*)
Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
213-615-1700
213-615-1750 – fax
denzminger@winston.com
dlin@winston.com

*Attorneys for Defendant JAG Precision*

    Pursuant to the Notice of Settlement,

    IT IS ORDERED that Plaintiff's Sealed Motion to Strike (Dkt. #158) and Defendant's Sealed Motion to Strike [167] Motion to Seal (Dkt. #168) are denied, without prejudice, as moot.

    IT IS FURTHER ORDERED that the hearing scheduled on January 26, 2015 at 9:30 a.m. is vacated.

                                                       */s/ George Foley Jr.*
                                                   GEORGE FOLEY, JR.
                                                   United States Magistrate Judge

                                                   Dated: January 23, 2015

Page 3

7469783_1

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I certify that on January 23, 2015, I served a true and correct copy of the foregoing **NOTICE OF SETTLEMENT AND MOTION TO VACATE HEARING** was served on counsel through the Court's electronic service system as follows:

Robert L. Rosenthal, Esq.
Howard & Howard
3800 Howard Hughes Parkway, Suite 1400
Las Vegas, NV 89169
rrosenthal@howardandhoward.com

David P. Enzminger (*pro hac admission*)
Stephen R. Smerek (*pro hac admission*)
David K. Lin (*pro hac admission*)
Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
denzminger@winston.com
ssmerek@winston.com
dlin@winston.com

Thomas I. Rozsa (*pro hac admission*)
Rozsa Law Group, LC
18757 Burbank Blvd, Ste 220
Tarzana, CA 91356
tom@rozsalaw.com

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Valerie Larsen*
　　　　　　　　　　　　　　　　　　　　　　　An Employee of Holland & Hart LLP

Page 4

7469783_1