J. Stephen Peek, Esq.
Nevada Bar No. 1758
Michael W. Wadley, Esq.
Nevada Bar No. 12119
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
702-669-4600
702-669-4650 – fax
speek@hollandhart.com
mwwadley@hollandhart.com

Brett L. Foster, Esq. *(pro hac admission)*
Richard T. Jackson, Esq. *(pro hac admission)*
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101
801-799-5800
801-799-5700 – fax
blfoster@hollandhart.com
rtjackson@hollandhart.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CYBERGUN S.A., a French Corporation, and FN HERSTAL, S.A., a Belgian Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JAG PRECISION, a California Corporation,<br><br>Defendant. | CASE NO. 2:12-cv-00074-APG-GWF<br><br>**ORDER OF DISMISSAL** |

    Based upon the Permanent Injunction and Joint Motion and Stipulation for Dismissal filed by the Parties, IT IS HEREBY ORDERED that all remaining claims in this case are dismissed with prejudice and on the merits, with each party to bear their own respective attorneys' fees and costs.

    IT IS SO ORDERED this 9th day of March, 2015.

_____
UNITED STATES DISTRICT COURT

7480059_2.docx